# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK SYRACUSE DIVISION

| | |
|---|---|
| **JENNIFER VITSAXAKI**, | Case No. 5:24-cv-00155-DNH-ML |
| *Plaintiff,* | Hon. David N. Hurd |
| v. | |
| **SKANEATELES CENTRAL SCHOOL DISTRICT; SKANEATELES CENTRAL SCHOOLS' BOARD OF EDUCATION**, | |
| *Defendants.* | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Jennifer Vitsaxaki appeals to the United States Court of Appeals for the Second Circuit from the memorandum decision and order (ECF No. 32) and the final judgment (ECF No. 33) dismissing her complaint entered on March 20, 2025.

Dated: April 15, 2025

Katherine L. Anderson*
Arizona Bar No. 33104
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

Vincent M. Wagner*
Virginia Bar No. 98663
Laurence J. Wilkinson
N.D.N.Y. Bar Roll No. 705823
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org
lwilkinson@ADFlegal.org

\* Admitted *pro hac vice*

Respectfully submitted,

s/ *David A. Cortman*

David A. Cortman
N.D.N.Y. Bar Roll No. 502661
**Alliance Defending Freedom**
1000 Hurricane Shoals Road N.E.,
   Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

Raymond J. Dague
N.D.N.Y. Bar Roll No. 505622
**Dague & Martin, P.C.**
4874 Onondaga Rd.
Syracuse, New York 13215
(315) 422-2052
raymond@daguelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on April 15, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

s/ *David A. Cortman*
David A. Cortman
N.D.N.Y. Bar Roll No. 502661
Alliance Defending Freedom
1000 Hurricane Shoals Road N.E.,
  Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

*Counsel for Plaintiff*

3

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.3)] (Syracuse)
# CIVIL DOCKET FOR CASE #: 5:24–cv–00155–DNH–ML

| | |
|---|---|
| Vitsaxaki v. Skaneateles Central School District et al | Date Filed: 01/31/2024 |
| Assigned to: Judge David N. Hurd | Date Terminated: 03/20/2025 |
| Referred to: Magistrate Judge Miroslav Lovric | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jennifer Vitsaxaki**  represented by  **David A. Cortman**
Alliance Defending Freedom – GA Office
1000 Hurricane Shoals Road, NE – Suite D1100
Lawrenceville, GA 30078
770–339–0774
Fax: 770–339–6744
Email: dcortman@adflegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Raymond J. Dague**
Dague & Martin, P.C.
4874 Onondaga Road
Syracuse, NY 13215
315–422–2052
Fax: 315–474–4334
Email: raymond@daguelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Katherine L. Anderson**
Alliance Defending Freedom – AZ Office
15100 N. 90th Street
Scottsdale, AZ 85260
480–444–0020
Fax: 480–444–0028
Email: kanderson@adflegal.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Laurence J. Wilkinson**
Alliance Defending Freedom
44180 Lansdowne Pkwy
Lansdowne, VA 20176
571–707–4655
Email: lwilkinson@adflegal.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

**Vincent M. Wagner**
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176

571–707–4655
Email: vwagner@adflegal.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

V.
**Defendant**

| | | |
|---|---|---|
| **Skaneateles Central School District** | represented by | **Jeremy M. Sher** <br> Bond, Schoeneck & King, PLLC <br> 350 Linden Oaks – Third Floor <br> Rochester, NY 14625 <br> 585–362–4846 <br> Email: jsher@bsk.com <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |
| | | **Kate I. Reid** <br> Bond Schoeneck & King, PLLC – Syracuse <br> One Lincoln Center <br> Syracuse, NY 13202 <br> 315–218–8625 <br> Email: kreid@bsk.com <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |
| | | **Suzanne M. Messer** <br> Bond Schoeneck & King, PLLC – Syracuse <br> One Lincoln Center <br> Syracuse, NY 13202 <br> 315–218–8628 <br> Fax: 315–218–8100 <br> Email: messers@bsk.com <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Skaneateles Central Schools' Board of Education** | represented by | **Jeremy M. Sher** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |
| | | **Kate I. Reid** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |
| | | **Suzanne M. Messer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* <br> *Fee Status: paid_2023* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2024 | 1 | COMPLAINT against Skaneateles Central School District, Skaneateles Central Schools' Board of Education (Filing fee $405 receipt number ANYNDC–6600050) filed by Jennifer Vitsaxaki. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Civil Cover Sheet)(khr) (Entered: 02/01/2024) |
| 02/01/2024 | 2 | Summons Issued as to Skaneateles Central Schools' Board of Education. (Attachments: # 1 Summons issued as to Skaneateles Central School District)(khr) (Entered: 02/01/2024) |
| 02/01/2024 | 3 | NOTICE OF ADMISSION REQUIREMENT as to Party Plaintiff; Attorney Katherine L. Anderson, Email address is kanderson@ADFlegal.org. Phone number is 480–444–0020. Admissions due by 2/15/2024. (khr) (Entered: 02/01/2024) |
| 02/01/2024 | 4 | NOTICE OF ADMISSION REQUIREMENT as to Party Plaintiff; Attorney Vincent M. Wagner, Email address is vwagner@ADFlegal.org. Phone number is 571–707–4655. Admissions due by 2/15/2024. (khr) (Entered: 02/01/2024) |
| 02/01/2024 | 5 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 6/26/2024 10:00 AM before Magistrate Judge Miroslav Lovric. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 6/20/2024. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr) (Main Document 5 replaced on 2/1/2024) (khr, ). (Entered: 02/01/2024) |
| 02/01/2024 |  | TEXT NOTICE: The Initial Conference scheduled for 6/26/2024 at 10:00AM before Magistrate Judge Miroslav Lovric, will be held via Microsoft Teams Teleconferencing. The Courtroom Deputy will send a teams link to the parties to participate. (jdc ) (Entered: 02/01/2024) |
| 02/02/2024 | 6 | MOTION for Limited Admission Pro Hac Vice of Katherine L Anderson Filing fee $100, receipt number ANYNDC–6602921. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** (Attachments: # 1 Supplement, # 2 Declaration, # 3 Proposed Order/Judgment) Motions referred to Miroslav Lovric. (Dague, Raymond) (Entered: 02/02/2024) |
| 02/02/2024 | 7 | MOTION for Limited Admission Pro Hac Vice of Vincent M Wagner Filing fee $100, receipt number ANYNDC–6602995. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** (Attachments: # 1 Declaration, # 2 Supplement, # 3 Proposed Order/Judgment) Motions referred to Miroslav Lovric. (Dague, Raymond) (Entered: 02/02/2024) |
| 02/05/2024 | 8 | ORDER granting 6 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case. Signed by Magistrate Judge Miroslav Lovric on 2/5/2024. (jdc ) (Entered: 02/05/2024) |
| 02/05/2024 | 9 | ORDER granting 7 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case. Signed by Magistrate Judge Miroslav Lovric on 2/5/2024. (jdc) (Entered: 02/05/2024) |

| | | |
|---|---|---|
| 02/05/2024 | 10 | AFFIDAVIT of Service for Summons, Verified Complaint, Exhibits, Civil Cover Sheet, PHV Instructions, and General Order #25 *for Skaneateles Central School District* served on Eric Knuth, Superintendent on 02/05/2024, filed by Jennifer Vitsaxaki. (Cortman, David) (Entered: 02/05/2024) |
| 02/05/2024 | 11 | AFFIDAVIT of Service for Summons, Verified Complaint, Exhibits, Civil Cover Sheet, PHV Instructions, and General Order #25 *for Skaneateles Central Schools' Board of Education* served on Eric Knuth, Superintendent on 02/05/2024, filed by Jennifer Vitsaxaki. (Cortman, David) (Entered: 02/05/2024) |
| 02/05/2024 | | ***Answer due date updated for Skaneateles Central School District answer due 2/26/2024; Skaneateles Central Schools' Board of Education answer due 2/26/2024. (khr) (Entered: 02/05/2024) |
| 02/07/2024 | 12 | NOTICE OF APPEARANCE by Katherine L. Anderson on behalf of Jennifer Vitsaxaki (Anderson, Katherine) (Entered: 02/07/2024) |
| 02/07/2024 | 13 | NOTICE OF APPEARANCE by Vincent M. Wagner on behalf of Jennifer Vitsaxaki (Wagner, Vincent) (Entered: 02/07/2024) |
| 02/15/2024 | 14 | NOTICE OF APPEARANCE by Suzanne M. Messer on behalf of Skaneateles Central School District, Skaneateles Central Schools' Board of Education (Messer, Suzanne) (Entered: 02/15/2024) |
| 02/15/2024 | 15 | NOTICE OF APPEARANCE by Kate I. Reid on behalf of Skaneateles Central School District, Skaneateles Central Schools' Board of Education (Reid, Kate) (Entered: 02/15/2024) |
| 02/15/2024 | 16 | Letter Motion from Suzanne M. Messer for Skaneateles Central School District, Skaneateles Central Schools' Board of Education requesting Extension of Time to answer or otherwise respond to complaint submitted to Judge Miroslav Lovric . (Attachments: # 1 Exhibit(s) Stipulation)(Messer, Suzanne) (Entered: 02/15/2024) |
| 02/16/2024 | 17 | ORDER granting 16 Letter Request for an Extension of Time for Defendant's to Answer. Defendant's answer is now due on or before 3/27/2024. Signed by Magistrate Judge Miroslav Lovric on 2/16/2024. (jdc ) (Entered: 02/16/2024) |
| 03/26/2024 | 18 | NOTICE OF APPEARANCE by Jeremy M. Sher on behalf of All Defendants (Sher, Jeremy) (Entered: 03/26/2024) |
| 03/27/2024 | 19 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd, MOTION to Dismiss for Failure to State a Claim filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd Response to Motion due by 4/17/2024. Reply to Response to Motion due by 4/24/2024 (Attachments: # 1 Memorandum of Law) (Sher, Jeremy) (Entered: 03/27/2024) |
| 03/28/2024 | 20 | TEXT ORDER: In light of the filing of Motion to Dismiss 19 , the Rule 16 Initial Conference scheduled for 6/26/2024 before Magistrate Judge Miroslav Lovric, and the conference related deadlines, are all STAYED without date. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 3/28/2024. (jdc ) (Entered: 03/28/2024) |
| 04/05/2024 | 21 | Letter Motion from David A. Cortman for Jennifer Vitsaxaki requesting Extension of Deadlines to Respond and Reply regarding Defendants' Motion to Dismiss submitted to Judge Miroslav Lovric . (Attachments: # 1 Stipulation)(Cortman, David) (Entered: 04/05/2024) |
| 04/09/2024 | 22 | ORDER granting 21 Letter Request, 21 Letter Motion from David A. Cortman for Jennifer Vitsaxaki requesting Extension of Deadlines to Respond and Reply regarding Defendants' Motion to Dismiss 19 . Response to Motion due by 5/17/2024. Reply to Response to Motion due by 6/7/2024. Signed by Judge David N. Hurd on 4/9/2024. (khr) (Entered: 04/09/2024) |
| 05/17/2024 | 23 | RESPONSE in Opposition re 19 Motion to Dismiss/Lack of Subject Matter Jurisdiction,,, Motion to Dismiss for Failure to State a Claim,, filed by Jennifer Vitsaxaki. (Cortman, David) (Entered: 05/17/2024) |

| | | |
|---|---|---|
| 06/07/2024 | 24 | REPLY to Response to Motion re 19 Motion to Dismiss/Lack of Subject Matter Jurisdiction,,, Motion to Dismiss for Failure to State a Claim,, filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. (Sher, Jeremy) (Entered: 06/07/2024) |
| 06/25/2024 | 25 | NOTICE by Jennifer Vitsaxaki re 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd *(Supplemental Authority)* (Cortman, David) (Entered: 06/25/2024) |
| 07/10/2024 | 26 | RESPONSE in Support re 19 Motion to Dismiss/Lack of Subject Matter Jurisdiction,,, Motion to Dismiss for Failure to State a Claim,, *Responding to Plaintiff's Surreply,* filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. (Sher, Jeremy) (Entered: 07/10/2024) |
| 10/25/2024 | 27 | NOTICE OF APPEARANCE by Laurence J. Wilkinson on behalf of Jennifer Vitsaxaki (Wilkinson, Laurence) (Entered: 10/25/2024) |
| 01/31/2025 | 28 | NOTICE by Jennifer Vitsaxaki re 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd *(Supplemental Authority)* (Cortman, David) (Entered: 01/31/2025) |
| 02/26/2025 | 29 | NOTICE by Skaneateles Central School District, Skaneateles Central Schools' Board of Education *regarding First Circuit decision in Foote v. Ludlow School Committee* (Sher, Jeremy) (Entered: 02/26/2025) |
| 03/04/2025 | 30 | NOTICE by Jennifer Vitsaxaki re 29 Notice (Other) *Response* (Cortman, David) (Entered: 03/04/2025) |
| 03/19/2025 | 31 | NOTICE by Skaneateles Central School District, Skaneateles Central Schools' Board of Education re 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by Skaneateles Central School District, Skaneateles Central Schools' Board of Education. Motion returnable before Judge David N. Hurd *(Supplemental Authority)* (Sher, Jeremy) (Entered: 03/19/2025) |
| 03/20/2025 | 32 | MEMORANDUM DECISION and ORDER: ORDERED that 1. The defendants motion to dismiss the complaint (Dkt. No. 19) is GRANTED; and 2. The plaintiffs complaint (Dkt. No. 1) is DISMISSED. The Clerk of the Court is directed to file a judgment accordingly and close the file. IT IS SO ORDERED. Signed by Judge David N. Hurd on 3/20/2025. (ham) (Entered: 03/20/2025) |
| 03/20/2025 | 33 | JUDGMENT: IT IS ORDERED AND ADJUDGED: ORDERED that 1. The defendants motion to dismiss the complaint (Dkt. No. 19) is GRANTED; and 2. The plaintiffs complaint (Dkt. No. 1) is DISMISSED. IT IS SO ORDERED.All of the above pursuant to the order of the Honorable David N. Hurd, dated March 20, 2025. (ham) (Entered: 03/20/2025) |
| 04/15/2025 | 34 | NOTICE OF APPEAL as to 33 Judgment, 32 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction,, Order on Motion to Dismiss for Failure to State a Claim, by Jennifer Vitsaxaki. Filing fee $ 605, receipt number ANYNDC–7099970. (Cortman, David) (Entered: 04/15/2025) |
| 04/16/2025 | 35 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 34 Notice of Appeal. (ham) (Entered: 04/16/2025) |