# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-952

**Caption [use short title]**

**Motion for:** leave to file brief of amici curiae

**Set forth below precise, complete statement of relief sought:**

Vitsaxaki v. Skaneateles Central School District

**MOVING PARTY:** Amici Curiae Attached    **OPPOSING PARTY:**

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** J. Marc Wheat    **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Advancing American Freedom
801 Pennsylvania Avenue NW Ste. 930
Washington, D.C. 20004

(202) 780-4848
mwheat@advancingamericanfreedom.com

**Court- Judge/ Agency appealed from:**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ■ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☐ No  If yes, enter date:

**Signature of Moving Attorney:** /s/ J. Marc Wheat    **Date:** 06-12-2025    **Service:** ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)



June 12, 2025

United States Court of Appeals for the Second Circuit
Clerk's Office
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Attn.: Clerk of Court

**RE: VITSAXAKI V. SKANEATELES CENTRAL SCHOOL DISTRICT, ET AL.**

**DOCKET NO.: 25-952**

Dear Ms. Mojica:

Amici Advancing American Freedom, Inc.; AFA Action, Inc.; American Association of Senior Citizens ; American Encore; American Values; Delegate Lauren Arikan, Maryland District 7B; Arizona Women of Action; Association of Christian Schools International; Association of Mature American Citizens; E. Calvin Beisner, Ph.D., Memphis, Tennessee; Center for Political Renewal (CPR); Center for Urban Renewal and Education (CURE); Delegate Brian Chisholm, Maryland District 31; Christian Law Association; Christian Medical & Dental Associations; Coalition for Jewish Values; Eagle Forum; Eagle Forum of Georgia; Family Institute of Connecticut Action; Frontline Policy Council; Idaho Freedom Foundation; Independent Women's Law Center; Intercessors for America; International Conference of Evangelical Chaplain Endorsers; James Dobson Family Institute;

JCCWatch.org; Tim Jones, Former Speaker, Missouri House, Chairman, Missouri Center-Right Coalition; Lutheran Center for Religious Liberty; Men and Women for a Representative Democracy in America, Inc.; Moms for Liberty; National Apostolic Christian Leadership Conference; National Association of Parents (d/b/a "ParentsUSA"); National Center for Public Policy Research; National Religious Broadcasters; Delegate Ryan Nawrocki, Maryland District 7A, MDFC Whip; New Jersey Family Policy Center; New York State Conservative Party; New Mexico Family Action Movement; Noah Webster Educational Foundation; North Carolina Values Coalition; Pennsylvania Eagle Forum; John Shadegg, Member of Congress, 1995-2010; 60 Plus Association; Paul Stam, Former Speaker Pro Tempore, North Carolina House; Stand for Georgia Values Action; Students for Life of America; Delegate Kathy Szeliga, Maryland District 7A, MDFC Vice Chair; The Justice Foundation; Tradition, Family, Property, Inc.; Bob Vander Plaats, President/CEO, The FAMiLY LEADER; The Honorable David Weldon, M.D.; Women for Democracy in America, Inc.; Yankee Institute; Young America's Foundation; and Young Conservatives of Texas respectfully provide the information that follows in support of the motion for leave to file the attached brief of amici curiae in support of Plaintiff-Appellants. The proposed brief of amici curiae is attached as exhibit A.

In compliance with Federal Rule of Appellate Procedure 29(a)(2), counsel for Advancing American Freedom sought consent of the parties to the filing of a brief

of amici curiae. Plaintiff-appellant consented to the filing of the attached amicus brief. Defendant-appellees declined consent.

In compliance with Local Rule 27.1, counsel for Advancing American Freedom informed the parties of its intent to file this motion for leave to file a brief of amici curiae. Counsel for defendant-appellees did not respond.

Advancing American Freedom has filed amicus briefs in federal courts in twenty-three cases relating to gender, education, parental rights, or some combination of the three, and believes that legal outcomes that support parents and children are essential to the health of American liberty. AAF represents the interests of its 6,176 members in the Second Circuit and 4,975 members in the state of New York in the filing of the proposed brief of amici curiae.

Sincerely,

J. Marc Wheat
General Counsel
Advancing American Freedom