## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 25-952

Motion for: Leave to file Amicus Curiae brief of Abigail

Martinez supporting Plaintiffs/Appellants and Reversal.

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Submitting motion for leave to file amicus brief as

Defendants/Appellees have not consented.

Vitsaxaki v. Skaneateles Central School District et al.

MOVING PARTY: First Liberty Institute     OPPOSING PARTY: Skaneateles Central School District

- [ ] Plaintiff
- [x] Appellant/Petitioner
- [ ] Defendant
- [ ] Appellee/Respondent

MOVING ATTORNEY: Tiffany D. Dunkin     OPPOSING ATTORNEY: Jeremy M. Sher

[name of attorney, with firm, address, phone number and e-mail]

Tiffany D. Dunkin, First Liberty Institute

2001 W. Plano Pkwy., Ste. 1600, Plano, TX 75075

TDunkin@FirstLiberty.org   (972)941-4457

Jeremy Sher, Bond, Schoeneck & King, PLLC

350 Linden Oaks, 3rd Fl., Rochester, NY 14625

JSher@BSK.com   (315) 218-8000

Court- Judge/ Agency appealed from: Judge David N. Hurd, USDC-Northern District of New York, Case 5:24-cv-001155

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
- [ ] Unopposed [x] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes [ ] No [x] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [x] No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: June 12, 2025   Service by: [x] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 25-952

In the United States Court of Appeals
for the Second Circuit

JENNIFER VITSAXAKI

*Plaintiffs-Appellant*,

v.

SKANEATELES CENTRAL SCHOOL DISTRICT, SKANEATELES CENTRAL SCHOOLS'
BOARD OF EDUCATION

*Defendants-Appellees*.

On Appeal from the U.S. District Court
Northern District of New York
Case 5:24-cv-01155

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ABIGAIL
MARTINEZ IN SUPPORT OF APPELLANTS AND REVERSAL**

Jeffrey C. Mateer
Keisha T. Russell
Tiffany D. Dunkin
  *Counsel of Record*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Ste 1600
Plano, TX 75075
(972) 941-4444
*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ABIGAIL MARTINEZ IN SUPPORT OF APPELLANTS AND REVERSAL

Abigail Martinez respectfully moves for leave to file the attached brief as *amicus curiae* in support of Appellants and reversal. Below and in the proposed brief, the proposed *amicus* states her interest, the reason why her *amicus* brief is desirable, and why the matters asserted are relevant to the disposition of the case. Fed R. App. P. 29(a)(3). Appellants consented to the filing of this brief. Appellees declined to consent to the filing of this brief.

### Statement of Movant's Interest

Prospective *amicus* Abigail Martinez is a bereaved California mother who lost her daughter Yaeli Galdamez to suicide in 2019 after her child's school district implemented similar policies to the Appellees here. Ms. Martinez is a devout Christian who shares her family's tragic story in hopes that other families will not experience similar heartache from harmful state policies that exclude parents and pressure vulnerable minors to pursue gender transitions, often at the expense of their mental and physical health. Ms. Martinez urges this Court to consider the consequences of its decision for the Vitsaxaki family and for families around the country who face similar situations.

### The Proposed *Amicus Curiae* Brief is Desirable and Relevant.

Prospective *amicus* provides extensive analysis that will assist the Court in considering issues not fully addressed by Appellants. Prospective *amicus* provides

2

analysis of the First Amendment violations that occur when states interfere with the relationship between religious parents and their children, as they seek to raise them in accordance with their faith. Because the prospective *amicus* has personally experienced the tragic injustice of losing custody of her daughter because she could not affirm gender-transition measures that violated her faith and that she knew to be harmful, she also provides insight into the irreversible damage that occurs when governments violate the constitutional rights of religious families. The prospective *amicus* urges this Court to uphold free exercise rights and consider the impact of such policies on religious families nationwide.

## CONCLUSION

For these reasons, the proposed *amicus* respectfully requests that the Court grant this motion and accept her attached *amicus* brief.

*/s/ Tiffany D. Dunkin*
Tiffany D. Dunkin
*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANACE

I, Tiffany D. Dunkin, hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 29(d)(2) because it contains 358 words;

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14.

June 12, 2025

/s/ *Tiffany D. Dunkin*
Tiffany D. Dunkin
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, this document filed through the CM/ECF/ACMS system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

June 12, 2025

/s/ *Tiffany D. Dunkin*
Tiffany D. Dunkin
*Counsel for Amicus Curiae*