UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-952

Motion for: Leave to file amicus brief of Foundation for Moral Law in support of Plaintiff-Appellant

Caption [use short title]

Vitsaxaki,

Plaintiff-Appellant,

v.

Skaneateles Central District et al.,

Defendants-Appellees

Set forth below precise, complete statement of relief sought:

Amicus seeks leave to file amicus brief under FRAP 29 because Defendants-Appellees declined consent.

MOVING PARTY: Foundation for Moral Law
OPPOSING PARTY: Defedant-Appellees

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Talmadge Butts
OPPOSING ATTORNEY: Jeremy M. Sher

[name of attorney, with firm, address, phone number and e-mail]

Foundation for Moral Law
P.O. Box 148, Gallant AL 35972
334-262-1245 talmadge@morallaw.org

Jeremy Sher, Bond, Schoeneck & King
350 Linden Oaks, 3rd Fl., Rochester NY 14625
Jsher@BSK.com 315-218-8000

Court- Judge/ Agency appealed from: Judge David N. Hurd, USDC-Northern District of New York, Case 5:24-cv-00115

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: 06/13/2025   Service: ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

Scanned with CamScanner