# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-five.

_____

Jennifer Vitsaxaki,

        Plaintiff - Appellant,

v.

Skaneateles Central School District, Skaneateles Central Schools' Board of Education,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 25-952

IT IS HEREBY ORDERED that the motions for leave to file an amicus curiae brief in support of Appellant (docket entries 33, 36, 46, 50, 51, 54, 57, 58, 64, 65, 67, 75, and 80) are REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court